## AVISO DE CONSENTIMIENTO

**In English:**

I am an employee currently or formerly employed by the Defendants in this case. I hereby consent to be a party plaintiff in this case, which is an action to collect unpaid wages. I agree to be bound by the provisions of the professional legal services agreement with Ali S. Ahmed, P.C.

**In Spanish:**

Soy un empleado en funciones o antiguo empleado por los acusados en este caso. Por la presente, declaro que estoy de acuerdo en ser una parte demandante en este caso, el cual es una acción para cobrar salarios pendientes. Estoy de acuerdo en quedar supeditado a las disposiciones de los profesionales de los servicios jurídicos de acuerdo con Ali S. Ahmed, P.C.

_Raul A Interiano_
Nombre legal completo

_Raul I_
Firma

_7/23/09_
Fecha