AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

Magdalena de Jesus, et al.
*Plaintiff*

v.  Civil Action No. 4:10-cv-00376

My Outdoor Designer, Inc., et al.
*Defendant*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
My Outdoor Designer, Inc. d/b/a My Outdoor Designer
c/o Registered Agent: Mtanes A. Varda aka "Tony Varda"
189 Old Bridge Lake
Houston, Texas 77069

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Salar Ali Ahmed
One Arena Place
7322 Southwest Freeway, Suite 1920
Houston, Texas 77074

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT  DAVID J. BRADLEY

Date: MAR 2 5 2010

*Signature of Clerk or Deputy Clerk*

Civil Action No. 4:10-cv-00376

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* My Outdoor Designer, Inc. d/b/a My Outdoor Designer
was received by me on *(date)* 03/30/2010 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: By Corporate Delivery to My Outdoor Designer, Inc. d/b/a My Outdoor Designer, by delivering to Mtanes A. Varda AKA Tony Varda, registered agent at 189 Old Bridge Lake, Houston, Texas 77069 on 4/2/10 @ 9:25 P.M.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0 .

I declare under penalty of perjury that this information is true.

Date: April 5, 2010

Michelle Vasquez
*Server's signature*

MICHELLE VASQUEZ - SCH 1267 / Process Server
*Printed name and title*

LONE STAR ATTORNEY SERVICE
6065 HILLCROFT, SUITE 406
HOUSTON, TX  77081
*Server's address*

Additional information regarding attempted service, etc: