# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

Magdalena de Jesus, et al.
*Plaintiff*

v.   Civil Action No. 4:10-cv-00376

My Outdoor Designer, Inc., et al.
*Defendant*

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*
Mtanes A. Varda aka "Tony Varda"
189 Old Bridge Lake
Houston, Texas 77069

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Salar Ali Ahmed
One Arena Place
7322 Southwest Freeway, Suite 1920
Houston, Texas 77074

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT   DAVID J. BRADLEY

Date: MAR 2 5 2010

*Signature of Clerk or Deputy Clerk*

Civil Action No. 4:10-cv-00376

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* MTANES A. VARDA aka TONY VARDA
was received by me on *(date)* 03/30/2010.

☒ I personally served the summons on the individual at *(place)* 189 Old Bridge Lake, Houston, Texas 77069 at 9:25 P.M.   on *(date)* 04/02/2010 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.

I declare under penalty of perjury that this information is true.

Date: April 5, 2010

*Michelle Vasquez*
Server's signature

MICHELLE VASQUEZ-SCH 1267 / Process Server
Printed name and title

LONE STAR ATTORNEY SERVICE
6065 HILLCROFT, SUITE 406
HOUSTON, TX 77081
Server's address

Additional information regarding attempted service, etc: