**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **Magdalena de Jesus,** *et al.*, | ) | |
| **Plaintiffs,** | ) | **CIVIL ACTION** |
| | ) | **FILE NO. 4:10-CV-00376** |
| **v.** | ) | |
| | ) | |
| **My Outdoor Designer, Inc.,** *et al.* | ) | **JURY DEMANDED** |
| **Defendants.** | ) | |
| | ) | |

### FINAL JUDGMENT

PLAINTIFFS Magdalena de Jesus, Dionisio de Jesus, and Raul Interiano shall recover, jointly and severally, from Defendants My Outdoor Designer, Inc. d/b/a My Outdoor Designer and Mtanes ("Tony") A. Varda, as follows:

a) Magdalena de Jesus (overtime wages and liquidated damages)     $ 852.85;

b) Dionisio de Jesus (overtime wages and liquidated damages)     $ 3,513.26;

c) Raul Interiano (overtime wages and liquidated damages)     $ 10,818.16;

d) Attorneys' fees     $ 39,510.00;

e) Costs of Court     $ 1,858.00; and,

f) Post-judgment interest on the total judgment amount at 0.28% per annum.

This Court retains jurisdiction over future attorney's fees and costs incurred by Plaintiffs, including fees and costs incurred defending an appeal and collecting this Final Judgment.

SIGNED on _____*Feb . 23*_____, 2011, at Houston, Texas.

_____
**Lynn N. Hughes**
**United States District Judge**